UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Schriever Farms, LLC,                              Case No. BKY 14-34614 KHS

　　　Debtor.                                           Chapter 12 Case

---

**DEBTOR'S AMENDED NOTICE OF MOTION AND MOTION FOR INTERIM AND
FINAL ORDERS (I) AUTHORIZING
DEBTOR TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (II)
GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED
PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND (III) SCHEDULING
FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b)**

---

**TO:  ALL PARTIES IN INTEREST**

**Schriever Farms, LLC** moves the court for the relief requested below and gives

notice of hearing.  The court will hold a preliminary hearing on December 4, 2014 at 10:30

a.m. in Courtroom No. 8 West, 300 South Fourth Street, Minneapolis, MN  55415.  The

court will hold a final hearing on December 10, 2014 at 1:30 p.m. in Courtroom No. 8 West,

300 South Fourth Street, Minneapolis, MN  55415.

Any response to this motion must be filed and served not later than December 7,

2014, which is three days before the time set for the hearing (excluding Saturdays,

Sundays, and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY

FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

**COMES NOW**, Schriever Farms, LLC ("Schriever" or "Debtor") as debtor and debtor-

in-possession, and pursuant to §§ 105, 361, 362, and 363 of title 11 of the United States Code, 11

U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure ( the "Bankruptcy Rules"), moves this Court (this "Motion") to enter an interim order (the "interim Order") and a final order (the "Final Order") approving and authorizing Debtor to use cash collateral, grant adequate protection to pre-petition secured parties, and schedule final hearings as necessary. Debtor does not concede that any party has a perfected security interest in cash collateral. However, the purposes of this Motion and the immediate hearing, Debtor will presume that the Bank (as defined below) has a perfected interest.

## JURISDICTION AND VENUE

1.     On November 20, 2014 (the "Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Clerk of this Court. Debtor continues to operate its business and manage its properties as a debtor in possession pursuant to §§ 1107(a) and 1108.

2.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of Debtor's chapter 12 case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicts for the relief requested herein are Bankruptcy Code §§ 105, 361, 362, and 363, in addition to Bankruptcy Rules 2002, 4001 and 9014.

3.     Debtor's business is the operation of a family farm located in Harmony, Minnesota. This business operations do not constitute "single asset real estate" as that term is defined in Bankruptcy Code § 101 (51B).

## FACTUAL BACKGROUND

4.      Schriever is a Minnesota Limited Liability Company which owns and operates a dairy herd, feed and equipment and machinery.

5.      Schriever began experiencing financial trouble in 2011 when feed prices where exceptional.  Schriever, like many other dairies, did not have enough crop land to rent to raise its own feed.  Accordingly, Schriever was forced to purchase feed at very high prices.  Beginning in 2011, Schriever's expenses exceeded income from dairy product sales.

6.      Prior to the Petition date, Schriever received financing for its operation from First Southeast Bank ("Bank") located in Harmony, Minnesota.  As a result of Schriever being unable to pay off their crop loans for the years 2012 and 2013, First Southeast Bank, would not extend any additional financing for the diary operation.

7.      As a result of Schriever being unable to obtain additional financing, Schriever received goods and services on account with various vendors.  As of the date of filing, Schriever had approximately $300,000.00 in unsecured debts payable to various dairy vendors.

8.      First Southeast Bank is the first secured creditor holding liens and mortgages on all of the dairy cattle, equipment, farm machinery, and feed.

9.      First Southeast Bank also is the banking institution where Schriever has their general checking account.  The Petition did not include the listing of the checking account but it is now known that Schriever's checking account had a balance of $16,342.17.

## THE PREPETITION COLLATERAL

10.      The Bank will need to make a *prima facie* showing of a perfected lien in its favor on Debtor's personal property as of the commencement of this chapter 12 case.

11. The major valuable pieces of the Bank's collateral is its security agreement on all of Schriever's cattle, machinery, cash and feed ("Collateral"). The Collateral has an estimated market value of approximately $1,056,870.00.

12. As the Collateral secured debt of approximately $503,163.76, the Bank enjoys a comfortable equity cushion in its collateral.

## RELIEF REQUESTED

13. Pursuant to section 363(c)(2) of the Bankruptcy Code, Debtor requests that this Court authorize and approve Debtor's use of the Bank's cash collateral for the payment of Debtor's operating expenses as set forth in the Budget attached hereto as Exhibit "A."

14. Debtor further requests that this Court authorize and approve Debtor's use of cash collateral for the payment of any fees and expenses owed to professionals employed but it ("Professional Expenses") upon the entry of an order form this Court authorizing the payment of such Professional Expenses including an appropriate carve out.

## BASIS FOR RELIEF

### A. Use of Cash Collateral and Adequate Protection

15. Section 363(c)(2) of the Bankruptcy Code governs the Court's approval of the use of cash collateral and provides that a debtor "may not use, sell, or lease cash collateral . . . unless (A) each entity that has an interest in such cash collateral consents; or (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S. C. § 363(c)(2). Section 363(e) of the Bankruptcy Code provides that upon request of an entity that has an interest in property to be used by a debtor, the court shall prohibit

or condition such use as is necessary to provide adequate protection of such interest.  11 U.s.C. §
363(e).

16.     A debtor has the burden to establish that the holder of a lien to be subordinated, or
whose cash collateral will be used, has adequate protection.  11 U.S.C. § 363(p)(1).  Adequate
protection must be determined on a case-by-case basis, permitting a debtor maximum flexibility
in structuring tis adequate protection proposal.  *See In re Martin*, 761 F.2d 472, 474 (8th Cir.
1985); *In re George Ruggerie Chrysler-Plymouth, Inc.,* 727 F.2d 1017, 1019 (11th Cir. 1984).
Nonetheless, "[a] debtor, attempting to reorganize a business under chapter [12], clearly has a
compelling need to use 'cash collateral' in its effort to rebuild."  *George Ruggerie*, 727 F.2d at
1019.

17.     Debtor needs immediate authority to use the cash collateral to fund Debtor's day-
to-day operations and ultimately achieve a successful reorganization.  Specifically, Debtor
requires the use of cash collateral for the payment of the operating expenses included in the
Budget.  The foregoing expenses are reasonable and necessary business expenses which must be
paid in order to maintain and preserve its assets and to continue the operation of its business.
Debtor currently has no present alternative borrowing source from which it can secure additional
funding to operate its business.  In sum, the failure to obtain authorization for the use of the Cash
Collateral will be fatal to Debtor and disastrous to its creditors, both secured and unsecured.

18.     As adequate protection for the use of cash collateral, Debtor contends that based
on the value of the Collateral, the Bank's roughly $550,000.00 equity cushion in its collateral is
more than sufficient adequate protection.  Courts have held that the existence of an equity
cushion in collateral suffices as ample adequate protection to allow a debtor to use cash

collateral. *See, e.g., In re Las Torres Dev., L.L.C.,* 413 B.R. 687, 696 (Bankr. S.D. Tex. 2009); *In re Triplett*, 87 B.R. 25, 27 (Bankr. W.D. Tex. 1988); *In re McCombs Properties VI, Ltd.,* 88 B.R. 261, 266 (Bankr. C.D. Cal. 1988); *In re Harrington & Rechardson, Inc.,* 48 B.R. 431, 433-34 (Bankr. D. Mas. 1985). Therefore, Debtor submits that the Bank is already adequately protected and thus grounds exist to allow Debtor to use cash collateral.

19. As additional (though unnecessary) adequate protection, Debtor proposes to grant the Bank a replacement perfected security interest under section 361(2) of the Bankruptcy Code (i) to the extent the Bank's cash collateral is used by Debtor, and (ii) to the extent and with the same priority in Debtor's postposition collateral, and proceeds thereof, that the Bank holds in Debtor's prepetition collateral.

20. The replacement lien that Debtor proposes to grant to the Bank shall be deemed to be perfected automatically upon entry of the Interim Order. *See Small V. Beverly Bank*, 936 F.2d 945, 948-49 (7th Cir. 1991).

21. Although not required, upon request by the Bank, Debtor shall execute and deliver to the Bank any and all UCC Financing Statements, and UCC Continuation Statements, or other instruments or documents considered by the Bank to be necessary in order to perfect the security interest and liens granted by this Order, and the Bank is authorized to receive, file and record the foregoing, which actions shall not be deemed a violation of the automatic stay. Any such filing shall be without prejudice to all claims that Debtor asserts against the Bank in any avoidance or other action or that Bank is not perfected in the cash collateral. The Bank shall not make any further charges against Debtor for such documentation.

22.     In addition, Debtor proposes to provide the Bank with timely copy of Debtor's chapter 12 monthly operating reports, and any other reports reasonably required by the Bank shall be provided by Debtor.

23.     In the event that this Court does not authorize Debtor's use of cash collateral, Debtor believes that it will be unable to maintain its current business operations and propose a successful plan of reorganization.

24.     Debtor believes that the proposed adequate protection is fair and reasonable and sufficient to satisfy any diminution in value of the Prepetition Collateral.

**B.  Interim Approval Should Be Granted**

25.     Rule 4001(b) of the Federal Rules of Bankruptcy Procedure provides that a final hearing (the "Final hearing") on a motion to use cash collateral pursuant to § 363 may not be commenced earlier than fourteen (14) days after the service of such motion.  Upon request, however, the court is empowered to conduct a preliminary expedited hearing on the motion and authorize the use of cash collateral and the obtaining of credit to the extent necessary to avoid immediate and irreparable harm to a debtor's estate.

26.     Pursuant to Rule 4001(b).  Debtor requests that the Court conduct an expedited preliminary hearing on the Motion (the "Interim Hearing") and grant the relief requested in the proposed Interim Order in order to (a) maintain Debtor's ongoing operations and (b) avoid the immediate and irreparable harm and prejudice to Debtor's estates and all parties in interest that would otherwise ensue.

27.     Debtor has an urgent and immediate need for cash to continue to operate.  Debtor will be immediately and irreparably harmed absent authorization from the Court to use cash

collateral as requested on an interim basis pending a Final Hearing on the Motion. In the short-term, if Debtor is unable to obtain cash for feed for the dairy cattle, irreparable injury to the cattle and the milk income with be eliminated to the detriment of all parties in interest.

## REQUEST FOR FINAL HEARING

28.    Debtor also requests that the Court schedule the final hearing during the week that is four weeks after the date of this Motion, with objections, if any, to the Final Order being due in writing on or before the date that is at least three (3) business days prior to the Final Hearing.

## NOTICE

29.    Notice of this Motion has been provided to the Chapter 12 Trustee, U.S. Trustee, and the Bank. Movant request to offer oral testimony of Paul Schriever, Vice-President of Schriever Farms, LLC for the purpose of explaining the necessity of using cash collateral.

**WHEREFORE,** Debtor respectfully request that the Court enter an order substantially similar to the order attached hereto as Exhibit "B" and further relief as this Court may deem just and proper.


Dated: November 21, 2014                **HAMMELL & MURPHY, P.L.L.P.**


By: __/s/ Jed J. Hammell_____ _____
                Jed J. Hammell #320043
                Rippe, Hammell & Murphy, P.L.L.P.
                110 E. Main Street
                Caledonia, MN  55921
                507/725-3361
                jedrhm@acegroup.cc
                Attorneys for Debtor

**EXHIBIT A**

**BUDGET – MONTHLY INCOME AND EXPENSES**


# *Monthly Cash Flow Plan Executive Summary*

## *Projected Cash Flow Summary*

| | | |
|---|---|---:|
| Total operating inflow | | 1,146,573 |
| Total operating outflow | (-) | 983,704 |
| Capital purchases | (-) | - |
| Capital sales | (+) | - |
| New credit | (+) | - |
| Loan payments | (-) | 133,387 |
| **Net cash flow** | **(=)** | **29,482** |
| | | |
| Beginning cash balance | (+) | 10,000 |
| Operating loan borrowings | (+) | - |
| Operating loan principal payments | (-) | - |
| Ending cash balance | (=) | 39,482 |
| | | |
| Beginning operating loan balance | | - |
| Peak operating loan balance (Jan) | | - |
| Ending operating loan balance | | - |

## *Projected Change in Working Capital*

| | | |
|---|---|---:|
| Change in cash | | 29,482 |
| Change in current inventories | (+) | 309,456 |
| Change in operating loan balance | (-) | - |
| Change in other current loans | (-) | -44,320 |
| Change in princ due on term loans | (-) | -668 |
| Estimated change in working capital | (=) | 383,926 |

## *Projected Income Statement*

| | | |
|---|---|---:|
| Gross cash farm income | | 1,146,573 |
| Inventory change - income items | (+) | -1,236 |
| Gross revenue | (=) | 1,145,337 |
| | | |
| Cash farm operating expense | | 912,704 |
| Interest expense | (+) | 23,137 |
| Depreciation | (+) | 43,693 |
| Inventory change - expense items | (+) | -310,692 |
| Total farm expense | (=) | 668,842 |
| Net farm income | | 476,495 |

## *Projected Earned Net Worth Change*

| | | |
|---|---|---:|
| Net farm income | | 476,495 |
| Family living expense | (-) | 71,000 |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 405,495 |

## *Term Debt Coverage*

| | | |
|---|---|---:|
| Net farm income from operations | | 476,495 |
| Depreciation | (+) | 43,693 |
| Personal income | (+) | - |
| Family living expense | (-) | 71,000 |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 19,193 |
| Capital debt repayment capacity | (=) | 468,381 |
| Term debt payments | | 88,258 |
| Capital debt repayment margin | | 380,123 |
| Term debt coverage ratio | | 5.31 |

## *Financial Standards Measures*

| Liquidity | Beginning | Ending |
|---|---:|---:|
| Current ratio | 0.5 | 3.4 |
| Working capital | -227,913 | 156,013 |
| Working capital to gross revenue | -19.9 % | 13.6 % |
| **Solvency (market)** | | |
| Debt to asset ratio | 67.9 % | 31.5 % |
| Debt to equity ratio | 2.1 | 0.5 |
| **Profitability (market)** | | |
| Net farm income | | 476,495 |
| Rate of return on assets | | 43.7 % |
| Rate of return on equity | | 83.7 % |
| Operating profit margin | | 68.1 % |
| EBITDA | | 547,216 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm) | | 5.31 |
| Replacement margin coverage ratio | | 5.31 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 64.3 |
| Operating expense ratio | | 52.9 % |
| Depreciation ratio | | 3.8 % |
| Interest expense ratio | | 1.7 % |
| Net farm income ratio | | 41.6 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 5.31 |
| Term debt to EBITDA | | 0.65 |

## *Shocks to Farm Term Debt Coverage Ratio*

| | |
|---|---:|
| 10% decrease in gross income | 4.01 |
| 10% increase in operating expenses | 4.62 |
| 3% increase in interest rates | 4.69 |

|  | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | | | | | | |
| Beg cash bal | 10000 | 7570 | 29458 | 31893 | 45634 | 49070 | 63065 | 66001 | 79996 | 82932 | 96927 | 100363 | 10000 |
| Milk | 96504 | 96504 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 1074133 |
| Cull stock | | | | | | | | | | | | | |
| Cows | - | 11115 | - | 11115 | - | 11115 | - | 11115 | - | 11115 | - | 11115 | 66690 |
| Misc. lvstk | | | | | | | | | | | | | |
| Bull Calves | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 4750 |
| Pat dividend | - | - | - | - | 500 | - | - | - | - | - | 500 | - | 1000 |
| Total inflow | 106900 | 115585 | 117966 | 131516 | 134642 | 148693 | 151574 | 165624 | 168505 | 182555 | 185936 | 199986 | 1156573 |
| **CASH OUTFLOWS** | | | | | | | | | | | | | |
| Purch. feed | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 416983 |
| Breeding | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 19950 |
| Veterinary | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 28489 |
| BST | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 31337 |
| Supplies | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 59826 |
| DHIA | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 4178 |
| Hauling | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 17093 |
| L. Marketing | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 9880 |
| Bedding | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 23741 |
| Fuel & oil | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 50000 |
| Repairs | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 35000 |
| Cust hire | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 6500 |
| Labor | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 88500 |
| Farm insur. | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 20000 |
| Utilities | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 17000 |
| Dues & fees | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 4000 |
| Misc. | | | | | | | | | | | | | |
| Feed/Individ | - | - | - | - | - | - | - | - | - | - | - | 75227 | 75227 |
| Misc | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 5000 |
| Total | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 75644 | 80227 |
| Living/Draw | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 71000 |
| Min end bal | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Tot. outflow | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 151461 | 984204 |
| Opr. surplus | 30721 | 39351 | 41787 | 55283 | 58463 | 72459 | 75395 | 89390 | 92326 | 106321 | 109757 | 48525 | 172369 |

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LOAN PAYMENTS

**CNH-Farm**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 15372 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 15372 |

**Capit-Farm..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 16500 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 16500 |

**FSEB-FSEB..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 5200 | - | - | - | - | - | - | - | - | - | - | - | 5200 |
| Int.pay | 398 | - | - | - | - | - | - | - | - | - | - | - | 398 |
| Total | 5598 | - | - | - | - | - | - | - | - | - | - | - | 5598 |

**FSEB-FSEB..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 100 | - | - | - | - | - | - | - | - | - | - | - | 100 |
| Int.pay | 3 | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Total | 103 | - | - | - | - | - | - | - | - | - | - | - | 103 |

**FSEB-FSEB..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 7148 | - | - | - | - | - | - | - | - | - | - | - | 7148 |
| Int.pay | 408 | - | - | - | - | - | - | - | - | - | - | - | 408 |
| Total | 7556 | - | - | - | - | - | - | - | - | - | - | - | 7556 |

**Stear-Act ..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 376 | 473 | 475 | 476 | 478 | 480 | 482 | 484 | 487 | 489 | 491 | 493 | 5683 |
| Int.pay | 166 | 69 | 67 | 65 | 63 | 61 | 59 | 57 | 55 | 53 | 51 | 49 | 817 |
| Total | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 6500 |

**AMPI-ATO**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 198 | 300 | 302 | 303 | 304 | 305 | 306 | 308 | 309 | 310 | 311 | 312 | 3567 |
| Int.pay | 178 | 75 | 74 | 72 | 71 | 70 | 69 | 68 | 66 | 65 | 64 | 63 | 935 |
| Total | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4502 |

**GE Cr-Bobcat**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 483 | 495 | 497 | 253 | - | - | - | - | - | - | - | - | 1728 |
| Int.pay | 17 | 5 | 3 | 1 | - | - | - | - | - | - | - | - | 27 |
| Total | 500 | 500 | 500 | 255 | - | - | - | - | - | - | - | - | 1755 |

**FSEB-FSEB..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 440 | 3285 | 3299 | 3314 | 3328 | 3343 | 3357 | 3372 | 3387 | 3402 | 3417 | 3432 | 37376 |
| Int.pay | 4360 | 1515 | 1501 | 1486 | 1472 | 1457 | 1443 | 1428 | 1413 | 1398 | 1383 | 1368 | 20224 |
| Total | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57600 |

**FSEB-FSEB..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 18 | 76 | 77 | 77 | 77 | 77 | 78 | 78 | 78 | 79 | 79 | 79 | 874 |
| Int.pay | 70 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 8 | 178 |
| Total | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 1052 |

**AMPI-Gener..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 387 | 415 | 417 | 419 | 421 | 422 | 424 | 426 | 428 | 429 | 431 | 82 | 4702 |
| Int.pay | 46 | 18 | 16 | 15 | 13 | 11 | 9 | 7 | 6 | 4 | 2 | 0 | 147 |
| Total | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 83 | 4849 |

**Luana-Trac..**

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Tot loan pay | 23651 | 10394 | 10394 | 10148 | 9894 | 9894 | 9894 | 9894 | 9894 | 9894 | 9894 | 9543 | 133387 |

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Surp. or def | 7070 | 28958 | 31393 | 45134 | 48570 | 62565 | 65501 | 79496 | 82432 | 96427 | 99863 | 38982 | 38982 |

### ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg AO bal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO prin. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| End AO bal. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued int. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| End cash bal | 7570 | 29458 | 31893 | 45634 | 49070 | 63065 | 66001 | 79996 | 82932 | 96927 | 100363 | 39482 | 39482 |

## CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Dairy | 190.0 Cow | 26500.0 lb. | | 5035000 lb. |
| Total crops | 0 Acres | | | |

## CROP & LIVESTOCK SUMMARY

| | | Beg | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hay equivalents | | | | | | | | | | | | | | | |
| Inventory | ton | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 |
| Silage equivalents | | | | | | | | | | | | | | | |
| Inventory | ton | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 |
| Milk | | | | | | | | | | | | | | | |
| No. Cows | | | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | |
| Produced | | | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 5035000 |
| Price | $/cwt. | | 23.00 | 23.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.33 |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Hay equivalents | 332 | 149.40 | 49600 | 332 | 150.00 | 49800 | 200 |
| Silage equivalents | 3000 | 30.00 | 90000 | 3000 | 35.00 | 105000 | 15000 |
| Accounts receivable | | | 27000 | | | 27000 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 16436 | | | 0 | -16436 |
| Total income items | | | 183036 | | | 181800 | -1236 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 306800 | 306800 |
| Accrued interest | | (End) | 0 | | (Beg) | 3892 | 3892 |
| Total expense items | | | 0 | | | 310692 | 310692 |
| | | | | | | | |
| Total inventories | | | 183036 | | | 492492 | 309456 |

## TOTAL PLANNED INPUT QUANTITIES

| Description | Unit | 2014/15 |
|---|---|---|

**EXHIBIT "B"**
**PROPOSED INTERIM ORDER**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Schriever Farms, LLC,                                Case No. BKY 14-34614 KHS

Debtor.                                 Chapter 12 Case

---

## INTERIM ORDER (I) AUTHORIZING
## DEBTOR TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (II)
## GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED
## PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND (III) SCHEDULING
## FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b)

---

This matter came to be heard upon the motion (the "Motion") of Schriever Farms, LLC, pursuant to §§ 361, 362, and 363(c) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for:

  a. Authorization of Debtor's use of cash collateral for the payment of Debtor's operating expenses as set forth in Exhibit "A" attached to the Motion;

  b. Granting of adequate protection to pre-petition secured parties; and

  c. Scheduling a final hearing ("Final Hearing").

Upon consideration of Verified Motion; the Court having jurisdiction to consider the Motions and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; due notice of this Motion has been provided to (1) the Chapter 12 Trustee, (2) the U.S. Trustee, and (3) the Bank; and it appearing that no other or further notice need be provided; the Court having determined that the relief sought in the Motion is in the best interests of Debtor, its creditors, and

all parties in interest; upon the Motion and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Debtor is authorized to use cash collateral for the payment of Debtor's operating expenses consistent with Exhibit "A" attached to the Motion; and it is further

**ORDERED** that the Court finds that the Bank is adequately protected by virtue of its equity cushion on the cattle, equipment and farm machinery; and it is further

**ORDERED** that Debtor shall grant the Bank a replacement perfected security interest under section 361(2) of the Bankruptcy Coe (i) to the extent the Bank's cash collateral is used by Debtor, and (ii) to the extent and with the same priority in Debtor's postposition collateral, and proceeds thereof, that the Bank holds in Debtor's prepetition collateral, all without prejudice to any party's right to challenge the Bank's perfection, indebtedness, or any other potential liability; and it is further

**ORDERED** that such replacement lien shall be deemed to be perfected automatically upon entry of this Order; and it is further

**ORDERED** that, upon the request by the Bank, Debtor shall execute and deliver to the Bank any and all UCC Financing Statements, and UCC Continuation Statements, or other instruments or documents considered by the Bank to be necessary in order to perfect the security interest and liens granted by this Order, and the Bank is authorized to receive, file and record, the foregoing, which actions shall not be deemed a violation of the automatic stay; moreover, any such filing shall be without prejudice to all claims that Debtor asserts against the Bank in any

avoidance or other action or concerning lack of perfection; finally, the Bank shall not make any further charges against Debtors for such documentation; and it is further

**ORDERED** that Debtor shall provide the Bank with a timely copy of Debtor's chapter 12 monthly operating reports, and any other reports reasonably required by the Bank shall be provided by Debtor; and it is further

**ORDERED** that a Final Hearing on this motion shall be scheduled during the week that is four weeks after the date of the Motion, with objections, if any, to the Final Order being due in writing on or before the date that is at least three (3) days prior to the Final Hearing.

Dated this _____ of November, 2014.

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Schriever Farms, LLC,                                    Case No. BKY 14-34614 KHS

      Debtor.                                                      Chapter 12 Case

---

## DEBTOR'S VERIFIED STATEMENT

COMES NOW, Debtor, Schriever Farms, LLC, hereby submits this statements pursuant to Local Rule 4001-2 in respect to Debtor's Motion to Utilize Cash Collateral

1. Debtor estimates that the amount of debt secured by the collateral ("Collateral") as described in Debtor's Motion to Utilize Cash Collateral is $503,163.76.

2. The estimated value of the Collateral is approximately $1,056,870.00 at the time of the filing of the chapter 12 Petition and would be approximately the same value at this period of time.

3. The description of the cash collateral consists of approximately $16,000.00 contained in Debtor's checking account. First Southeast Bank's collateral also consists of dairy cattle, milking equipment and farm machinery.

4. The estimated value of the above described collateral at the end of the period of time for which the debtor currently seeks authorization to use cash collateral would be approximately $1,056,870.00 with cash of $16,000.00.

5. Debtor's cash flow projections are attached hereto as Exhibit A.

**VERIFICATION**

Paul Schriever, as Vice-President of Schriever Farms, LLC, being duly sworn upon oath, deposes and states as follows:

That he is a member and manager of Schriever Farms, LLC in the above-entitled proceeding; that he has read the foregoing Motion and Memorandum to use Cash Collateral and knows the contents thereof and that the same is true of his own knowledge, except as to those matters stated on information and belief, and as to those matters, he believes them to be true.

Paul Schriever



Exhibit A

## *Monthly Cash Flow Plan Executive Summary*

### *Projected Cash Flow Summary*

| | | |
|---|---|---:|
| Total operating inflow | | 1,146,573 |
| Total operating outflow | (-) | 983,704 |
| Capital purchases | (-) | - |
| Capital sales | (+) | - |
| New credit | (+) | - |
| Loan payments | (-) | 133,387 |
| **Net cash flow** | **(=)** | **29,482** |
| | | |
| Beginning cash balance | (+) | 10,000 |
| Operating loan borrowings | (+) | - |
| Operating loan principal payments | (-) | - |
| Ending cash balance | (=) | 39,482 |
| | | |
| Beginning operating loan balance | | - |
| Peak operating loan balance (Jan) | | - |
| Ending operating loan balance | | - |

### *Projected Change in Working Capital*

| | | |
|---|---|---:|
| Change in cash | | 29,482 |
| Change in current inventories | (+) | 309,456 |
| Change in operating loan balance | (-) | - |
| Change in other current loans | (-) | -44,320 |
| Change in princ due on term loans | (-) | -668 |
| Estimated change in working capital | (=) | 383,926 |

### *Projected Income Statement*

| | | |
|---|---|---:|
| Gross cash farm income | | 1,146,573 |
| Inventory change - income items | (+) | -1,236 |
| Gross revenue | (=) | 1,145,337 |
| | | |
| Cash farm operating expense | | 912,704 |
| Interest expense | (+) | 23,137 |
| Depreciation | (+) | 43,693 |
| Inventory change - expense items | (+) | -310,692 |
| Total farm expense | (=) | 668,842 |
| Net farm income | | 476,495 |

### *Projected Earned Net Worth Change*

| | | |
|---|---|---:|
| Net farm income | | 476,495 |
| Family living expense | (-) | 71,000 |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 405,495 |

### *Term Debt Coverage*

| | | |
|---|---|---:|
| Net farm income from operations | | 476,495 |
| Depreciation | (+) | 43,693 |
| Personal income | (+) | - |
| Family living expense | (-) | 71,000 |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 19,193 |
| Capital debt repayment capacity | (=) | 468,381 |
| Term debt payments | | 88,258 |
| Capital debt repayment margin | | 380,123 |
| Term debt coverage ratio | | 5.31 |

### *Financial Standards Measures*

| Liquidity | Beginning | Ending |
|---|---:|---:|
| Current ratio | 0.5 | 3.4 |
| Working capital | -227,913 | 156,013 |
| Working capital to gross revenue | -19.9 % | 13.6 % |
| **Solvency (market)** | | |
| Debt to asset ratio | 67.9 % | 31.5 % |
| Debt to equity ratio | 2.1 | 0.5 |
| **Profitability (market)** | | |
| Net farm income | | 476,495 |
| Rate of return on assets | | 43.7 % |
| Rate of return on equity | | 83.7 % |
| Operating profit margin | | 68.1 % |
| EBITDA | | 547,216 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm) | | 5.31 |
| Replacement margin coverage ratio | | 5.31 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 64.3 |
| Operating expense ratio | | 52.9 % |
| Depreciation ratio | | 3.8 % |
| Interest expense ratio | | 1.7 % |
| Net farm income ratio | | 41.6 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 5.31 |
| Term debt to EBITDA | | 0.65 |

### *Shocks to Farm Term Debt Coverage Ratio*

| | |
|---|---:|
| 10% decrease in gross income | 4.01 |
| 10% increase in operating expenses | 4.62 |
| 3% increase in interest rates | 4.69 |

|  | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | | | | | | |
| Beg cash bal | 10000 | 7570 | 29458 | 31893 | 45634 | 49070 | 63065 | 66001 | 79996 | 82932 | 96927 | 100363 | 10000 |
| Milk | 96504 | 96504 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 88112 | 1074133 |
| Cull stock | | | | | | | | | | | | | |
|   Cows | - | 11115 | - | 11115 | - | 11115 | - | 11115 | - | 11115 | - | 11115 | 66690 |
| Misc. lvstk | | | | | | | | | | | | | |
|   Bull Calves | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 396 | 4750 |
| Pat dividend | - | - | - | - | 500 | - | - | - | - | - | 500 | - | 1000 |
| Total inflow | 106900 | 115585 | 117966 | 131516 | 134642 | 148693 | 151574 | 165624 | 168505 | 182555 | 185936 | 199986 | 1156573 |
| **CASH OUTFLOWS** | | | | | | | | | | | | | |
| Purch. feed | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 34749 | 416983 |
| Breeding | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 1662 | 19950 |
| Veterinary | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 2374 | 28489 |
| BST | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 2611 | 31337 |
| Supplies | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 4986 | 59826 |
| DHIA | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 348 | 4178 |
| Hauling | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 1424 | 17093 |
| L. Marketing | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 796 | 851 | 9880 |
| Bedding | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 1978 | 23741 |
| Fuel & oil | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 4167 | 50000 |
| Repairs | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 35000 |
| Cust hire | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 6500 |
| Labor | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 88500 |
| Farm insur. | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 20000 |
| Utilities | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 1417 | 17000 |
| Dues & fees | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 4000 |
| Misc. | | | | | | | | | | | | | |
|   Feed/Individ | - | - | - | - | - | - | - | - | - | - | - | 75227 | 75227 |
|   Misc | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 5000 |
|   Total | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 75644 | 80227 |
| Living/Draw | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 5917 | 71000 |
| Min end bal | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Tot. outflow | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 76234 | 76179 | 151461 | 984204 |
| Opr. surplus | 30721 | 39351 | 41787 | 55283 | 58463 | 72459 | 75395 | 89390 | 92326 | 106321 | 109757 | 48525 | 172369 |

|  | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LOAN PAYMENTS

| CNH-Farm | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin.pay | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 15372 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 1281 | 15372 |
| Capit-Farm.. | | | | | | | | | | | | | |
| Prin.pay | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 16500 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 1375 | 16500 |
| FSEB-FSEB.. | | | | | | | | | | | | | |
| Prin.pay | 5200 | - | - | - | - | - | - | - | - | - | - | - | 5200 |
| Int.pay | 398 | - | - | - | - | - | - | - | - | - | - | - | 398 |
| Total | 5598 | - | - | - | - | - | - | - | - | - | - | - | 5598 |
| FSEB-FSEB.. | | | | | | | | | | | | | |
| Prin.pay | 100 | - | - | - | - | - | - | - | - | - | - | - | 100 |
| Int.pay | 3 | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Total | 103 | - | - | - | - | - | - | - | - | - | - | - | 103 |
| FSEB-FSEB.. | | | | | | | | | | | | | |
| Prin.pay | 7148 | - | - | - | - | - | - | - | - | - | - | - | 7148 |
| Int.pay | 408 | - | - | - | - | - | - | - | - | - | - | - | 408 |
| Total | 7556 | - | - | - | - | - | - | - | - | - | - | - | 7556 |
| Stear-Act .. | | | | | | | | | | | | | |
| Prin.pay | 376 | 473 | 475 | 476 | 478 | 480 | 482 | 484 | 487 | 489 | 491 | 493 | 5683 |
| Int.pay | 166 | 69 | 67 | 65 | 63 | 61 | 59 | 57 | 55 | 53 | 51 | 49 | 817 |
| Total | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 6500 |
| AMPI-ATO | | | | | | | | | | | | | |
| Prin.pay | 198 | 300 | 302 | 303 | 304 | 305 | 306 | 308 | 309 | 310 | 311 | 312 | 3567 |
| Int.pay | 178 | 75 | 74 | 72 | 71 | 70 | 69 | 68 | 66 | 65 | 64 | 63 | 935 |
| Total | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4502 |
| GE Cr-Bobcat | | | | | | | | | | | | | |
| Prin.pay | 483 | 495 | 497 | 253 | - | - | - | - | - | - | - | - | 1728 |
| Int.pay | 17 | 5 | 3 | 1 | - | - | - | - | - | - | - | - | 27 |
| Total | 500 | 500 | 500 | 255 | - | - | - | - | - | - | - | - | 1755 |
| FSEB-FSEB.. | | | | | | | | | | | | | |
| Prin.pay | 440 | 3285 | 3299 | 3314 | 3328 | 3343 | 3357 | 3372 | 3387 | 3402 | 3417 | 3432 | 37376 |
| Int.pay | 4360 | 1515 | 1501 | 1486 | 1472 | 1457 | 1443 | 1428 | 1413 | 1398 | 1383 | 1368 | 20224 |
| Total | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 4800 | 57600 |
| FSEB-FSEB.. | | | | | | | | | | | | | |
| Prin.pay | 18 | 76 | 77 | 77 | 77 | 77 | 78 | 78 | 78 | 79 | 79 | 79 | 874 |
| Int.pay | 70 | 11 | 11 | 11 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 8 | 178 |
| Total | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 88 | 1052 |
| AMPI-Gener.. | | | | | | | | | | | | | |
| Prin.pay | 387 | 415 | 417 | 419 | 421 | 422 | 424 | 426 | 428 | 429 | 431 | 82 | 4702 |
| Int.pay | 46 | 18 | 16 | 15 | 13 | 11 | 9 | 7 | 6 | 4 | 2 | 0 | 147 |
| Total | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 433 | 83 | 4849 |
| Luana-Trac.. | | | | | | | | | | | | | |
| Prin.pay | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Tot loan pay | 23651 | 10394 | 10394 | 10148 | 9894 | 9894 | 9894 | 9894 | 9894 | 9894 | 9894 | 9543 | 133387 |

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Surp. or def** | **7070** | **28958** | **31393** | **45134** | **48570** | **62565** | **65501** | **79496** | **82432** | **96427** | **99863** | **38982** | **38982** |

### ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

| | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg AO bal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO prin. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **End AO bal.** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Accrued int. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| End cash bal | 7570 | 29458 | 31893 | 45634 | 49070 | 63065 | 66001 | 79996 | 82932 | 96927 | 100363 | 39482 | 39482 |

## CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Dairy | 190.0 Cow | 26500.0 lb. | | 5035000 lb. |
| Total crops | 0 Acres | | | |

## CROP & LIVESTOCK SUMMARY

| | | Beg | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hay equivalents | | | | | | | | | | | | | | | |
| Inventory | ton | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 |
| Silage equivalents | | | | | | | | | | | | | | | |
| Inventory | ton | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 |
| Milk | | | | | | | | | | | | | | | |
| No. Cows | | | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 190 | |
| Produced | | | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 419583 | 5035000 |
| Price | $/cwt. | | 23.00 | 23.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.00 | 21.33 |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Hay equivalents | 332 | 149.40 | 49600 | 332 | 150.00 | 49800 | 200 |
| Silage equivalents | 3000 | 30.00 | 90000 | 3000 | 35.00 | 105000 | 15000 |
| Accounts receivable | | | 27000 | | | 27000 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 16436 | | | 0 | -16436 |
| Total income items | | | 183036 | | | 181800 | -1236 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 306800 | 306800 |
| Accrued interest | | (End) | 0 | | (Beg) | 3892 | 3892 |
| Total expense items | | | 0 | | | 310692 | 310692 |
| | | | | | | | |
| Total inventories | | | 183036 | | | 492492 | 309456 |

## TOTAL PLANNED INPUT QUANTITIES

| Description | Unit | 2014/15 |
|---|---|---|