UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Schriever Farms, LLC, Debtor                          Case No. BKY 14-34614 KHS

Brit H. Schriever and Larenda K. Schriever            Case No. BKY 14-34616 KHS
        Debtor.
Paul L. Schriever and Nicole Schriever,               Case No. BKY 14-34617 KHS
Debtor.


                                                      Chapter 12 Case


---

## NOTICE OF MODIFIED PLAN

To:  Trustee, U.S. Trustee and all parties effected by the modified plan.

      **PLEASE TAKE NOTICE** the modified plan, attached hereto, is set for a hearing on the

same date set for confirmation of Chapter 12 plan which is scheduled for April 27, 2015 at 10:00

a.m. in Courtroom No. 8 West, 300 South Fourth Street, Minneapolis, MN  55415.


Dated:  April 8, 2015                    **HAMMELL & MURPHY, P.L.L.P.**



                         By: __/s/ Jed J. Hammell_____
                              Jed J. Hammell #320043
                              Rippe, Hammell & Murphy, P.L.L.P.
                              110 E. Main Street
                              Caledonia, MN  55921
                              507/725-3361
                              jedrhm@acegroup.cc
                              Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Schriever Farms, LLC,                                    Case No. BKY 14-34614 KHS

        Debtor.                                         Chapter 12 Case

---

## SECOND MODIFIED DEBTOR'S CHAPTER 12 PLAN OF REORGANIZATION

---

### ARTICLE I. SUMMARY OF THE PLAN

Schriever Farms, LLC ("Debtor") along with its principal owners, Brit Schriever and Paul
Schriever are family farmers who operate a dairy farming business in Fillmore County,
Minnesota. As a direct result of exceptionally high feed costs, Debtor accrued approximately
$300,000.00 in accounts payable. Debtor was also delinquent of various operating notes with its
principal lender First Southeast Bank. Debtor has equity in livestock and equipment.

Its plan is to become current with First Southeast Bank and pay all unsecured creditors in full.
All of the projected disposable income to be received by the Debtor during the next five year
period beginning on the date the first payment is due under the plan will be devoted to making
payments under the plan.

### ARTICLE II. CLASSIFICATION OF CLAIMS

CLASS I.      First Southeast Bank (Security Agreement)
CLASS II.     Other Secured Claims
CLASS III.    Unsecured Creditors

### ARTICLE III. FUNDING OF PLAN

    The Debtor seeks to fund the obligations of the estate from milk proceeds, sale of bull
calves and cull cows. It is estimated that Debtors shall derive approximately $140,000.00 per
month in such proceeds to pay for all operating expenses and plan payments.

### ARTICLE IV. Class I: FIRST SOUTHEAST BANK

    This class relates to the fully allowed secured claim of First Southeast Bank (or "Bank")
which was approximately $358,455.14 as of the filing date. As of March 27, 2015, the total

amount of the Bank's indebtedness, to include post-petition interest, attorney's fees, costs and expenses, was approximately $365,075.55 (the "Indebtedness"). This claim is secured by a first priority security interest in all of the Debtor's personal property, including but not limited to, crops, farm machinery and equipment, milk, livestock, etc. ("Farms Assets"). The claim is fully secured under the Plan.

## 1. Treatment

On and after the Effective Date, First Southeast Bank will receive the following treatment:

a.      On the Effective Date, First Southeast Bank shall have an allowed secured claim for the total amount of the outstanding Indebtedness owed to the Bank by the Debtor, to include accrued interest, fees and expenses (including reasonable attorney's fees). The Debtor estimates the amount of the allowed secured claim shall be approximately $365,075.55.

b.      The allowed secured claim shall be paid by the Debtor's issuance of a promissory note on the Effective Date in the amount of the Indebtedness (the "Note"). The Note shall bear interest at the rate of 5% per annum. The Note shall be paid in sixty (60) monthly installments of principal and interest, each payment in the amount of $6,000.00, the first payment due on May 1, 2015, and each month thereafter, until April 1, 2020, at which time the unpaid principal and interest on the Note shall be due and payable in full.

c.      First Southeast Bank shall retain its lien on its security interest in the Debtor's Farm Assets. Such liens and security interest shall have the same priority and effect as the pre-petition liens of First Southeast Bank on the Debtor's assets in existence as of the filing date. Such liens shall be deemed properly perfected without further act or deed. Except as amended herein, the terms and conditions of the original loan documents remain in full force and effect. Upon reasonable request by First Southeast Bank, Debtor shall allow inspection of the collateral, including the Farm Assets on which First Southeast Bank holds a lien.

d.      On the Effective Date, the Debtor shall execute a stipulation consenting to an order for replevin of all of the Debtor's Farms Assets subject to First Southeast Bank's liens ("Replevin Stipulation"). Such document shall be held in escrow and implemented if the Debtor defaults under the Plan and fails to cure a default, as described below.

e.      Notwithstanding any other provision of the Plan, in the event Debtor defaults under its obligations to First Southeast Bank pursuant to the Plan, and fails to cure the default within fifteen (15) days written notice provided to the Debtor, the entire amount of the allowed secured claim owed to First Southeast Bank shall be accelerated and First Southeast Bank shall be entitled to file, on an ex parte and expedited basis, an affidavit of default stating the default, and the Debtor's failure to cure, at which time the Court shall enter an order granting First Southeast

Bank relief from the automatic stay; authorizing First Southeast Bank to exercise any and all of its State Court remedies, including but not limited to, filing the Replevin Stipulation.

f.      Debtor shall not voluntarily sell, trade or dispose of any equipment subject to First Southeast Bank's lien, without First Southeast Bank's prior written consent.

g.      Debtor shall provide First Southeast Bank with copies of all state and federal tax returns prepared and filed by the Debtor, within ten (10) days of the date of filing.

h.      All payments to First Southeast Bank shall be made directly from Debtor.  Debtor shall execute new monthly dairy assignments for the full amount of the payments.

## ARTICLE V: Class II. Other Secured Claims

The secured claims of AMPI ($18,327.00) shall be allowed in the $18,327.00, being the total amount of indebtedness due to AMPI as of January 1, 2015.  That sum shall be paid by making monthly payments of $808.00 with payment first being applied to interest at a simple annual rate of 5% and the balance to principal until paid in full.  AMPI shall retain a security interest in the automatic take off system and generator.

The secured claim of Stearns Bank shall be allowed in the amount of $17,813.40, being the total amount of indebtedness due to Stearns Bank as of January 1, 2015.  That sum shall be paid by making monthly payments of $522.00 with payment first being applied to interest at a simple annual rate of 5% and the balance to the principal until paid in full.  Stearns Bank shall retain a security interest in the ACT system.

The secured claim of Luana Savings Bank shall be allowed in the amount of $26,950.00, being the total amount of indebtedness due to Luana Savings Bank as of January 1, 2015.  That sum shall be paid by making monthly payments of $535.00 with payment first being applied to interest at a simple annual rate of 3.8% and the balance to the principal until paid in full.  Luana Savings Bank shall retain a security interest in the IH tractor.

The secured claim of Benson Farm Service, LLC shall be allowed in the amount of $61,265.53, being the total amount of indebtedness due to Benson Farm Service, LLC.  That sum shall be paid by making monthly payment of $1,000.00 with payment first being applied to interest at a simple annual rate of 5% and the balance to the principal until paid in full.  Benson Farm Service, LLC shall retain its current secured position.

The secured claim of GE Capital Credit shall be allowed in the amount of $1,265.10 being the total amount of indebtedness due to GE Capital Credit.  That sum shall be paid by making monthly payments of $420.00 until paid in full.

Debtor shall make all payments to the above secured claimants directly.

## ARTICLE VI. Class III. UNSECURED CREDITORS

On the day of confirmation of this Plan, or as soon thereafter as is reasonably practicable, the debtors will make a payment in the sum of $4,000.00 to the trustee for the benefit of the unsecured creditors who file proof of claims.   All unsecured creditors that file proof of claims shall be paid in full.

Unsecured claimants that have failed to file a timely proof of claim shall receive no payments under the Plan.

The estimated amount of unsecured claims is $277,406.47.  If Debtor's monthly payment of $4,000.00 is insufficient to pay all unsecured claims, Debtors shall make additional payments to the trustee sufficient to pay all unsecured creditors in full prior to the conclusion of the 60 month plan.

The following table described the monthly payment amounts called for herein, payments will be made monthly as described herein.

| Class | Payment | Trustee Fee | Total |
|---|---|---|---|
| Class I | $6,000.00 | Direct | $6,000.00 |
| Class II | $3,285.00 | Direct | $3,285.00 |
| Class III | $4,000.00 | $200.00 | $4,200.00 |
| Total Monthly | $13,285.00 | $200.00 | $13,485.00 |
| Total Yearly Payments | $159,420.00 | $2,400.00 | $161,820.00 |

## ARTICLE VII. COSTS OF ADMINISTRATION

This class includes compensation and expenses of professionals and court costs and all expenses incurred by the Debtor after the filing of his/her petition and before the entry of the order of confirmation and expenses of professionals and court costs, shall be paid in full on the effective date of the Plan. Claims for compensation and expenses of professionals and court costs shall be paid upon approval by the Court and as directed by the Court. The Chapter 12 trustee shall make application to the court for approval of trustee's fee and for any reasonable and necessary expenses of the trustee in effectuating the trustee's duties under the Bankruptcy Code in administering this case. The debtor shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 trustee as payment for trustee fees and the trustee shall hold the fee until the trustee's fees and expenses are applied for and approved by the court. Once the trustee's fees and expenses are approved, the trustee shall pay them.

## ARTICLE VIII. POST-CONFIRMATION FINANCING

The debtors may borrow operating funds for the purpose of paying the expenses related to their farming operations in each year under the Plan. The amount borrowed by the debtors shall not exceed $120,000.00 in any one operating year, and in the event that there is a carry-over indebtedness for a previous operating year, the amount advanced for the current year shall not exceed $30,000.00 less the carry-over indebtedness from the previous year. To secure the operating line of credit, the operating lenders shall have a first priority security interest in all of the Debtors' growing crops, grain and hay. Confirmation of the Plan shall constitute approval of the granting of liens to secure post confirmation secured credit to be extended to the debtors as set forth above in this Article.

## ARTICLE IX. LIVING EXPENSE ALLOWANCE

The principals of Schriever Farms, LLC, Brit and Paul Schriever for their living expense allowance shall be $35,000.00 each per year. If in any one year the amount remaining after paying expenses and debt service is less than the living expense allowance, the debtors will supplement their living expense allowance out of the following years' disposable income, if any, but only to the extent that they are current with their payments under the Plan, and in no event shall the living expense allowance for the five year period of the Plan exceed three times the annual living expense allowance. The stated living allowance shall be also be used to fund payments to First Southeast Bank for separate bankruptcy proceedings.

## ARTICLE X. ATTORNEYS and ACCOUNTANTS

The debtors have employed the following professionals under the following terms and conditions: Jed Hammell, Hammell & Murphy, P.L.L.P., 110 East Main St., Caledonia, MN 55921. Jack LaValla, Farm Business Management Instructor, Riverland Community College, P.O. Box 732, St. Charles, MN 55972.

Projected administrative expenses are as follows:

Attorneys: $3,000.00 in fees annually; $0.00 in expenses per year

Accountants: $2,000.00 in fees annually; $0.00 in expenses per year

Total: $5,000.00 per year

These fees shall be paid direct from Debtors subject to court approval.

## ARTICLE XI. LIQUIDATION ANALYSIS

The Liquidation Analysis as required under Section 1225(a)(4). This analysis represents the values as a result of using the Minnesota State exemptions.

| Description | Value | Liens | Exemptions | Equity |
|---|---|---|---|---|
| 1. Cash, checking, Livestock, machinery, crops (growing) and harvested, farm supplies | $1,133,847 | $365,075.55<br>$17,813.40<br>$1,265.10<br>$3,873.00<br>$18,327.00<br>$26,950.00<br>$61,265.53<br>$494,509.0 | | $639,338.00 |
| | | | | Total Equity: $639,338/00 |

## ARTICLE XII. RETENTION OF JURISDICTION

The Court shall retain jurisdiction of this case pursuant to the Bankruptcy Code until the final allowance and disallowance of all claims affected by the Plan, and also with respect to the following matters:

A. To enable the debtors to consummate any and all proceedings which they may commence prior to entry of the Order of Confirmation to set aside liens or encumbrances, except for First Southeast Bank, and to recover any preferences, transfers, assets or damages to which they may be entitled under applicable provisions of the Bankruptcy Code or other federal, state or local law;

B. To adjudicate all controversies concerning the classification or allowance of any claim.

C. To enforce the payment of any notes;

D. To hear and determine all claims arising from the rejection of any executory contracts or unexpired leases, and to determine and rule upon any pending applications for rejection of executory contracts and unexpired leases;

E. To liquidate damages in connection with any disputed, contingent or unliquidated damages;

F. To adjudicate all claims to a security or ownership interest in any property of the debtors or in any proceeds thereof;

G. To adjudicate all claims or controversies arising out of any purchases, sales, or contracts made or undertaken by the debtors during the pendency of these proceedings;

H. To recover all assets and properties of the debtors, wherever located; and

I. To make such orders as are necessary or appropriate to carry out the provisions of this Plan.

## ARTICLE XIII. ATTACHMENTS AND INFORMATION

The following documents are attached to this Plan and incorporated herein:

1. Statement of Assets and Liabilities (Balance Sheet).

2. One–Year Cash–Flow Projection.

             All valuations are based upon the opinion of the debtors.

3. This is a five year plan.

4. The secured property to be retained by the debtors is:

A. Farm equipment, vehicles and other intermediate assets valued at $489,484 based on Debtor's opinion

B. Livestock and all products and offspring thereof, valued at $441,000 based on Debtor's opinion.

C. Growing crops, farm products, grain and hay, and all products and proceeds thereof, cash and cash equivalents valued at $203,363 based on Debtors' opinion.

## ARTICLE XIV ADMINISTRATIVE

A.      All payments made to the Trustee under the plan shall be made in the form of automatic monthly payments from a checking or savings account.

B.      The Trustee shall deduct from payment to the Trustee, the fee which is set, from time to time by the Court or the United States Trustee Office.  Regardless of any other provision of the Plan, the Trustee shall make payments only to creditors holding timely filed and allowed claims.

C.      Confirmation of the Plan shall vest in the Trustee the right, without regard to prior proceedings prosecuted or defended by Debtor, to (1) object to claims and (2) continue or bring actions under 11 U.S.C. secs. 544, 545, 547, 548 or 553.  Payments provided herein for claims which are not allowed or are disallowed and any avoidance recovery shall be distributed to priority and general unsecured creditors as provided under the Plan.

D.      The Debtors will provide the Trustee (1) monthly cash flow reports, (2) annual financial statements within thirty (30) days after the end of each plan year, (3) copies of timely filed federal income tax returns when filed and, upon demand, (4) any other records which should be kept in the ordinary course of Debtor's business.

Dated:  April 6, 2015             HAMMELL & MURPHY, P.L.L.P.


By: __/s/ Jed J. Hammell_____ _____
      Jed J. Hammell #320043
      Rippe, Hammell & Murphy, P.L.L.P.
      110 E. Main Street
      Caledonia, MN  55921
      507/725-3361
      jedrhm@acegroup.cc
      Attorneys for Debtor

## VERIFICATION

Paul Schriever, as Vice-President of Schriever Farms, LLC, being duly sworn upon oath, deposes and states as follows:

That he is a member and manager of Schriever Farms, LLC in the above-entitled proceeding; that he has read the foregoing Chapter 12 plan along with Budget and Cash Flow attached hereto and he knows the contents thereof and that the same is true of his own knowledge and hereby submits this plan to the Court.

**Paul Schriever**



**Riverland** COMMUNITY COLLEGE
*A Technical & Community College*

*Schriever Farms, LLC*
*12/31/2014 Balance Sheet*

## Current Assets

| | Value |
|---|---|
| Cash and checking (Sch A) | 38,635 |
| Prepaid expenses and supplies | - |
| Growing crops | - |
| Accounts receivable (Sch D) | 32,726 |
| Hedging accounts | - |
| Other current assets (Sch F) | 3,375 |

| Crops (Sch G) | Quantity | Value/Unit | |
|---|---|---|---|
| Corn Silage | 2,306 | 37.00/ton | 85,322 |
| Sorg. Silage | 64 | 25.00/ton | 1,600 |
| Alf Haylage | 439 | 70.00/ton | 30,730 |
| Rye Silage | 62 | 25.00/ton | 1,538 |
| Alfalfa Hay | 25 | 200.00/ton | 4,950 |
| Mixed Hay | 21 | 125.00/ton | 2,588 |
| Stover | 38 | 50.00/ton | 1,900 |
| Crops under gov't loan | | | - |
| Livestock held for sale | | | - |
| **Total Current Assets** | | | **203,363** |

## Current Liabilities

| | | | Balance |
|---|---|---|---|
| Accrued interest | | | 5,852 |
| Payables & accr exp (Sch T) | | | 306,800 |

| Current loans (Sch U) | Int Rate | P & I Due | Principal Balance |
|---|---|---|---|
| FSEB-FSEB7762 | 5.00 | - | 5,200 |
| FSEB-FSEB7831 | 5.00 | - | 100 |
| FSEB-FSEB7957 | 5.00 | - | 7,148 |
| Capital One-Farm Card | 0.00 | - | 16,500 |
| CNH Credit-Farm | 0.00 | - | 15,372 |
| Government crop loans | | | - |
| Principal due within 12 months on term liabilities | | | 55,409 |
| **Total Current Liabilities** | | | **412,381** |

## Intermediate Assets

| Brdg lvst (Sch I) | No. | Cost Value | Market Value |
|---|---|---|---|
| Cows | 203 | 284,200 | 284,200 |
| Bred Heifers | 49 | 68,600 | 68,600 |
| Heifers 800# | 49 | 39,200 | 39,200 |
| Heifers 550# | 49 | 34,300 | 34,300 |
| Heifer Calves | 49 | 14,700 | 14,700 |
| Machinery (Sch J) | | 427,695 | 427,695 |
| Titled vehicles (Sch K) | | 9,000 | 9,000 |
| Other intermed. (Sch L) | | 52,789 | 52,789 |
| **Total Intermediate Assets** | | **930,484** | **930,484** |

## Intermediate Liabilities (Sch V)

| Loan | Int Rate | Principal Balance | P & I Due | Principal Due | Intermed Balance |
|---|---|---|---|---|---|
| FSEB-FSEB7513 | 5.25 | 346,737 | 57,600 | 35,296 | 311,441 |
| FSEB-FSEB7694 | 5.00 | 2,765 | 1,052 | 858 | 1,907 |
| AMPI-Generator | 5.00 | 3,873 | 5,200 | 3,873 | - |
| GE Credit-Bobcat | 5.00 | 740 | 6,000 | 740 | - |
| Stearns Bank-Act System | 5.00 | 16,965 | 6,259 | 5,510 | 11,455 |
| AMPI-ATO | 4.75 | 18,327 | 4,502 | 3,662 | 14,665 |
| Luana Savings-Tractor | 3.80 | 26,950 | 6,416 | 5,470 | 21,480 |
| **Total Intermediate Liabilities** | | | | | **360,948** |

## Long Term Assets

| | Cost Value | Market Value |
|---|---|---|
| Land | - | - |
| Buildings and improvements | - | - |
| Other long term assets | - | - |
| **Total Long Term Assets** | **-** | **-** |

## Long Term Liabilities

| Loan | Int Rate | Principal Balance | P & I Due | Principal Due | Lg Term Balance |
|---|---|---|---|---|---|
| **Total Long Term Liabilities** | | | | | **-** |

| | Cost | Market |
|---|---|---|
| **Total Farm Assets** | 1,133,847 | 1,133,847 |
| Personal Assets | - | - |

| **Total Farm Liabilities** | | 773,329 |
|---|---|---|
| Personal Liabilities | | - |

| | | Cost | Market |
|---|---|---|---|
| Total Liabilities (d)(e) | | 773,329 | 773,329 |
| Retained Earnings/Contributed Capital | [a-d] | 360,518 | |
| Market valuation equity | [b-a] | | - |
| **Net Worth** | [b-e] | | **360,518** |

| **Total Assets** (a)(b) | **1,133,847** | **1,133,847** |
|---|---|---|

I certify that my statements on this balance sheet are true, complete, and correct to the best of my knowledge and belief.

Signature(s) _____   Date _____

**Schedule A: Cash and checking**

| | Value |
|---|---|
| FSE Checking 227029 | 38,635 |
| Total cash and checking | 38,635 |

**Schedule D: Accounts receivable**

| | Quantity | Value Per Unit | Value |
|---|---|---|---|
| Milk | - | - | 32,726 |
| Total accounts receivable | | | 32,726 |

**Schedule F: Other current assets**

| | Quantity | Value Per Unit | Value |
|---|---|---|---|
| Cotton Seed | 9 | 375.00 | 3,375 |
| Total other current assets | | | 3,375 |

**Schedule G: Crop inventory**

| Crop | Description | Quantity | Value Per Unit | Value |
|---|---|---|---|---|
| Corn Silage | | 2,306 ton | 37.00 | 85,322 |
| Sorg. Silage | | 64 ton | 25.00 | 1,600 |
| Alf  Haylage | | 439 ton | 70.00 | 30,730 |
| Rye Silage | Winter  Rye | 61.5 ton | 25.00 | 1,538 |
| Alfalfa  Hay | 55 Bales @ 900# | 24.75 ton | 200.00 | 4,950 |
| Mixed  Hay | 46 Bales @ 900# | 20.7 ton | 125.00 | 2,588 |
| Stover | 76 Corn Stalk Bale | 38 ton | 50.00 | 1,900 |
| Total crop  inventory | | | | 128,627 |

**Schedule I: Breeding livestock**

| | No. Head | Mkt Val Per Hd | Cost Value | Market Value |
|---|---|---|---|---|
| Cows | 203 | 1,400 | 284,200 | 284,200 |
| Bred  Heifers | 49 | 1,400 | 68,600 | 68,600 |
| Heifers  800# | 49 | 800 | 39,200 | 39,200 |
| Heifers  550# | 49 | 700 | 34,300 | 34,300 |
| Heifer  Calves | 49 | 300 | 14,700 | 14,700 |
| Total breeding  livestock | | | 441,000 | 441,000 |

**Schedule J: Machinery and equipment**

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Cost Value | Market Value |
|---|---|---|---|---|---|---|
| 20 calf Poly domes | - | | - | 100.00 % | 2,200 | 2,200 |
| 1000 Gallon Fert Tank | - | | - | 100.00 % | 350 | 350 |
| ATV | 2003 | | - | 100.00 % | 2,000 | 2,000 |
| Sprayer for ATV | - | | - | 100.00 % | 80 | 80 |
| 24' Field Cultivator | - | | - | 100.00 % | 800 | 800 |
| 3" StainlessMilk Line/Jar | - | | - | 100.00 % | 3,500 | 3,500 |
| 300 Gal Fuel Barrel | - | | - | 100.00 % | 50 | 50 |
| 3000Gal Mueller Bulk Tank | - | | - | 100.00 % | 20,000 | 20,000 |
| 4 Super Hutches | - | | - | 100.00 % | 4,000 | 4,000 |
| 6 Row | - | | - | 100.00 % | 1,000 | 1,000 |
| Dairy Activity System | - | | - | 100.00 % | 15,000 | 15,000 |
| Bobcat S175 | - | | - | 100.00 % | 14,500 | 14,500 |
| Brillion Seeder | - | | - | 100.00 % | 7,000 | 7,000 |
| Bunker Weights | - | | - | 100.00 % | 5,000 | 5,000 |
| Case IH Puma Tractor | - | | - | 100.00 % | 70,000 | 70,000 |
| Chisel Plow | - | | - | 100.00 % | 3,000 | 3,000 |
| 5 Section Drag | - | | - | 100.00 % | 600 | 600 |
| Hilboro Trailer w/Hoist | - | | - | 100.00 % | 4,500 | 4,500 |
| IH 800 Corn Planter | - | | - | 100.00 % | 2,000 | 2,000 |
| JD 26-6' Field Cultivator | - | | - | 100.00 % | 2,600 | 2,600 |
| Jd 4320 Tractor | - | | - | 100.00 % | 8,000 | 8,000 |
| JD 7210 Tractor w/Loader | - | | - | 100.00 % | 25,000 | 25,000 |
| JD 8300 Tractor | - | | - | 100.00 % | 49,000 | 49,000 |
| JD 7420 Tractor | - | | - | 100.00 % | 45,000 | 45,000 |
| Knight Slinger Spreader | - | | - | 100.00 % | 7,500 | 7,500 |
| Lawn Mower | - | | - | 100.00 % | 1,100 | 1,100 |
| Log Chains/Trim Mower | - | | - | 100.00 % | 165 | 165 |
| Manure Pump | - | | - | 100.00 % | 3,500 | 3,500 |
| Manure Tank | - | | - | 100.00 % | 3,000 | 3,000 |
| Meyer 4220 Forage Box | - | | - | 100.00 % | 20,000 | 20,000 |
| Meyer 4220 Forage Box | - | | - | 100.00 % | 8,000 | 8,000 |
| Milker Power Take-offs | - | | - | 100.00 % | 18,000 | 18,000 |
| NH Chopper | - | | - | 100.00 % | 25,000 | 25,000 |
| P Hoof Trim Trailer | - | | - | 100.00 % | 700 | 700 |
| P JD 946 Moco 13' | - | | - | 100.00 % | 13,700 | 13,700 |
| Patz 350 TMR | - | | - | 100.00 % | 15,000 | 15,000 |
| Paul's Mower | - | | - | 100.00 % | 3,000 | 3,000 |
| Mueller Plate Cooler | - | | - | 100.00 % | 2,000 | 2,000 |
| Pump | - | | - | 100.00 % | 150 | 150 |
| Case IH Rake | - | | - | 100.00 % | 4,500 | 4,500 |
| Richland 700 Dump Cart | - | | - | 100.00 % | 2,000 | 2,000 |
| Rough Cut Mower | - | | - | 100.00 % | 3,000 | 3,000 |
| Patz Silo Unloader | - | | - | 100.00 % | 2,500 | 2,500 |
| Cow Sprinkler System | - | | - | 100.00 % | 1,500 | 1,500 |
| Wilson Trailer | - | | - | 100.00 % | 8,200 | 8,200 |
| Total machinery and equipment | | | | | 427,695 | 427,695 |

### Schedule K: Titled vehicles

| Make/Model | Model Year | Serial No./VIN | Year Purchased | Pct. Ownership | Cost Value | Market Value |
|---|---|---|---|---|---|---|
| Ford 1 Ton Diesel Truck | 2001 | | - | 100.00  % | 3,000 | 3,000 |
| Ford F250 Diesel Pickup | 2004 | 300,000 Miles | - | 100.00  % | 3,000 | 3,000 |
| Ford F250 Gas Pickup | 2006 | | - | 100.00  % | 3,000 | 3,000 |
| Total titled vehicles | | | | | 9,000 | 9,000 |

### Schedule L: Other intermediate assets

| | Quantity | Mkt Val Per Unit | Cost Value | Market Value |
|---|---|---|---|---|
| AMPI Equity | - | - | 48,010 | 48,010 |
| Select Sires | - | - | 807 | 807 |
| Ag Partners Stock | - | - | 1,000 | 1,000 |
| Ag Partners Equity | - | - | 2,420 | 2,420 |
| CHS | - | - | 52 | 52 |
| Computer | - | - | 500 | 500 |
| Total other intermediate assets | | | 52,789 | 52,789 |

### Schedule T: Accounts payable and other accrued expenses

| | Expense Category | Balance |
|---|---|---|
| Harmony Vet Clinic | Veterinary | 6,948 |
| AgVantage | Fuel & oil | 33,710 |
| Benson Ag Partners | Purch. feed | 64,550 |
| Select Sires | Breeding | 11,715 |
| Bodensteiner Imp. Co. | Repairs | 15,073 |
| Zumbro Vet Supply | Veterinary | 7,417 |
| Reconserve Inc | | 47,459 |
| J and J Trucking | | 1,300 |
| St. Joseph Equipment | | 5,633 |
| J and M Custom | Cust hire | 4,678 |
| Preston Dairy | | 11,809 |
| Bruening Rock | Bedding | 25,156 |
| Network Trading | Purch. feed | 16,436 |
| Solberg Welding | | 482 |
| United Suchow | Supplies | 603 |
| Hanson Tire Service | | 1,208 |
| Preston Equipment | | 3,416 |
| Hammell Equipment | | 1,603 |
| Brynsaas Sales | | 10,699 |
| Elanco Animal Health | BST | 4,990 |
| Decorah Implement | | 14,500 |
| Hammell and Murphy | Dues & fees | 582 |
| Hegg Farms | Cust hire | 6,223 |
| Midwest Livestock System | | 3,810 |
| Peterson | Grazing fees | 600 |
| Olson | Grazing fees | 1,000 |
| Hegg | Grazing fees | 2,700 |
| Wisconsin | Grazing fees | 2,500 |
| Total accounts payable and other accrued expen | | 306,800 |

*Schedule U: Current loans*

| | Interest Rate | Principal Balance | Accrued Interest | Normal P & I | Past Due P & I | Month Due | Balance |
|---|---|---|---|---|---|---|---|
| FSEB-FSEB 7762 | 5.00 % | 5,200 | 412 | - | - | - | 5,200 |
| FSEB-FSEB 7831 | 5.00 % | 100 | 3 | - | - | - | 100 |
| FSEB-FSEB 7957 | 5.00 % | 7,148 | 423 | - | - | - | 7,148 |
| Capital One-Farm Card | 0.00 % | 16,500 | - | - | - | - | 16,500 |
| CNH  Credit-Farm | 0.00 % | 15,372 | - | - | - | - | 15,372 |
| | | | | | | | |
| Total current loans | | 44,320 | 838 | - | - | | 44,320 |

*Schedule V: Intermediate loans*

| | Interest Rate | Principal Balance | Accrued Interest | Normal P & I | Past Due P & I | Month Due | Final Year | Principal Due | Intermed Balance |
|---|---|---|---|---|---|---|---|---|---|
| FSEB-FSEB 7513 | 5.25 % | 346,737 | 4,838 | 57,600 | - | monthly | - | 35,296 | 311,441 |
| FSEB-FSEB 7694 | 5.00 % | 2,765 | 73 | 1,052 | - | monthly | - | 858 | 1,907 |
| AMPI-Generator | 5.00 % | 3,873 | 10 | 5,200 | - | monthly | - | 3,873 | - |
| GE  Credit-Bobcat | 5.00 % | 740 | 2 | 6,000 | - | monthly | - | 740 | - |
| Stearns Bank-Act System | 5.00 % | 16,965 | 26 | 6,259 | - | monthly | - | 5,510 | 11,455 |
| AMPI-ATO | 4.75 % | 18,327 | 48 | 4,502 | - | monthly | - | 3,662 | 14,665 |
| Luana  Savings-Tractor | 3.80 % | 26,950 | 17 | 6,416 | - | monthly | - | 5,470 | 21,480 |
| | | | | | | | | | |
| Total intermediate loans | | 416,357 | 5,013 | 87,029 | - | | | 55,409 | 360,948 |

*Schedule Z: Ratio analysis*

| | Cost | Market |
|---|---|---|
| Current ratio | 0.49 | 0.49 |
| Current ratio (business and personal) | 0.49 | 0.49 |
| Working capital | -209,018 | -209,018 |
| Working capital (business and personal) | -209,018 | -209,018 |
| | | |
| Current percent in debt | 203 % | 203 % |
| Intermediate percent in debt | 39 % | 39 % |
| Long term percent in debt | - % | - % |
| Personal percent in debt | - % | - % |
| | | |
| Total debt to asset ratio | 68 % | 68 % |
| Total equity to asset ratio | 32 % | 32 % |
| Total debt to equity ratio | 2.15 | 2.15 |



## *Monthly Cash Flow Plan Executive Summary*

### *Projected Cash Flow Summary*

| | | |
|---|---|---|
| Total operating inflow | | 1,227,624 |
| Total operating outflow | (-) | 1,115,640 |
| Capital purchases | (-) | - |
| Capital sales | (+) | - |
| New credit | (+) | - |
| Loan payments | (-) | 92,583 |
| **Net cash flow** | **(=)** | **19,400** |
| | | |
| Beginning cash balance | (+) | 38,635 |
| Operating loan borrowings | (+) | - |
| Operating loan principal payments | (-) | - |
| Ending cash balance | (=) | 58,035 |
| | | |
| Beginning operating loan balance | | - |
| Peak operating loan balance (Jan) | | - |
| Ending operating loan balance | | - |

### *Projected Change in Working Capital*

| | | |
|---|---|---|
| Change in cash | | 19,400 |
| Change in current inventories | (+) | 260,447 |
| Change in princ due on term loans | (-) | 1,005 |
| Estimated change in working capital | (=) | 278,842 |

### *Projected Income Statement*

| | | |
|---|---|---|
| Gross cash farm income | | 1,227,624 |
| Inventory change - income items | (+) | -47,217 |
| Gross revenue | (=) | 1,180,407 |
| | | |
| Cash farm operating expense | | 1,045,640 |
| Interest expense | (+) | 20,228 |
| Depreciation | (+) | 44,120 |
| Inventory change - expense items | (+) | -307,664 |
| Total farm expense | (=) | 802,324 |
| Net farm income | | 378,083 |

### *Projected Earned Net Worth Change*

| | | |
|---|---|---|
| Net farm income | | 378,083 |
| Family living expense | (-) | 70,000 |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 308,083 |

### *Term Debt Coverage*

| | | |
|---|---|---|
| Net farm income from operations | | 378,083 |
| Depreciation | (+) | 44,120 |
| Personal income | (+) | - |
| Family living expense | (-) | 70,000 |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 19,364 |
| Capital debt repayment capacity | (=) | 371,567 |
| Term debt payments | | 92,583 |
| Capital debt repayment margin | | 278,983 |
| Term debt coverage ratio | | 4.01 |

### *Financial Standards Measures*

| | Beginning | Ending |
|---|---|---|
| **Liquidity** | | |
| Current ratio | 0.5 | 1.7 |
| Working capital | -208,515 | 70,327 |
| Working capital to gross revenue | -17.7 % | 6.0 % |
| **Solvency (market)** | | |
| Debt to asset ratio | 67.6 % | 36.4 % |
| Debt to equity ratio | 2.1 | 0.6 |
| **Profitability (market)** | | |
| Net farm income | | 378,083 |
| Rate of return on assets | | 36.2 % |
| Rate of return on equity | | 72.5 % |
| Operating profit margin | | 59.2 % |
| EBITDA | | 441,567 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm) | | 4.01 |
| Replacement margin coverage ratio | | 4.01 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 61.2 |
| Operating expense ratio | | 62.6 % |
| Depreciation ratio | | 3.7 % |
| Interest expense ratio | | 1.6 % |
| Net farm income ratio | | 32.0 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 4.01 |
| Term debt to EBITDA | | 0.80 |

### *Shocks to Farm Term Debt Coverage Ratio*

| | |
|---|---|
| 10% decrease in gross income | 2.74 |
| 10% increase in operating expenses | 3.22 |
| 3% increase in interest rates | 3.56 |

|  | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH INFLOWS** | | | | | | | | | | | | | |
| Beg cash bal | 38635 | 61040 | 65206 | 79809 | 86383 | 108929 | 92629 | 61911 | 19073 | 35329 | 38304 | 54561 | 38635 |
| Milk | 85216 | 86548 | 87435 | 91874 | 95868 | 95868 | 95868 | 95868 | 95868 | 95868 | 95868 | 95868 | 1118017 |
| Cull stock | | | | | | | | | | | | | |
| Cows | 13348 | - | 13348 | - | 13348 | - | 13348 | - | 13348 | - | 13348 | - | 80086 |
| Misc. lvstk | | | | | | | | | | | | | |
| Bull Calves | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 2377 | 28521 |
| Pat dividend | - | - | - | - | - | 500 | - | - | - | - | - | 500 | 1000 |
| Total inflow | 139576 | 149965 | 168365 | 174059 | 197975 | 207674 | 204222 | 160156 | 130665 | 133574 | 149897 | 153305 | 1266259 |
| **CASH OUTFLOWS** | | | | | | | | | | | | | |
| Pur. Hay | - | - | - | - | - | 6324 | 14369 | 14369 | 14369 | 14369 | 14369 | 14369 | 92539 |
| Pur. Corn Si | - | - | - | - | - | 21000 | 47000 | - | - | - | - | - | 68000 |
| Pur. Alfalfa | - | 5750 | 7250 | 5750 | 5750 | 4250 | - | - | - | - | - | - | 28750 |
| Purch. feed | 24731 | 25193 | 25531 | 26339 | 27257 | 27350 | 27164 | 27164 | 27164 | 27164 | 27164 | 27164 | 319382 |
| Breeding | 2054 | 2054 | 2054 | 1826 | 1855 | 1874 | 1969 | 2054 | 2054 | 2054 | 2054 | 2054 | 23957 |
| Veterinary | 2440 | 2497 | 2541 | 2553 | 2609 | 2631 | 2586 | 2586 | 2586 | 2586 | 2586 | 2586 | 30790 |
| BST | 2983 | 3051 | 3106 | 3120 | 3189 | 3216 | 3161 | 3161 | 3161 | 3161 | 3161 | 3161 | 37632 |
| Supplies | 4971 | 5085 | 5177 | 5200 | 5315 | 5360 | 5269 | 5269 | 5269 | 5269 | 5269 | 5269 | 62721 |
| DHIA | 398 | 407 | 414 | 416 | 425 | 429 | 421 | 421 | 421 | 421 | 421 | 421 | 5018 |
| Hauling | 813 | 832 | 847 | 851 | 870 | 877 | 862 | 862 | 862 | 862 | 862 | 862 | 10263 |
| L. Marketing | 946 | 893 | 967 | 943 | 1047 | 982 | 1047 | 982 | 1047 | 982 | 1047 | 982 | 11865 |
| Bedding | 2260 | 2312 | 2353 | 2364 | 2416 | 2437 | 2395 | 2395 | 2395 | 2395 | 2395 | 2395 | 28509 |
| Fuel & oil | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 3167 | 38000 |
| Repairs | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 2917 | 35000 |
| Cust hire | - | - | 1875 | 1875 | 1875 | 1875 | - | - | - | - | - | - | 7500 |
| Labor | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 7375 | 88500 |
| Owner wages | | | | | | | | | | | | | |
| CPS Payment | - | - | - | - | - | - | - | 45813 | - | - | - | - | 45813 |
| Farm insur. | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 1667 | 20000 |
| Utilities | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 1500 | 18000 |
| Dues & fees | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6000 |
| Misc. | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 417 | 5000 |
| Accounts pay | | | | | | | | | | | | | |
| Trustee | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 4200 | 50400 |
| Benson | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 12000 |
| Total | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 5200 | 62400 |
| Living/Draw | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 5833 | 70000 |
| Min end bal | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Tot. outflow | 70670 | 77148 | 81192 | 80312 | 81682 | 107679 | 135319 | 134152 | 88405 | 88339 | 88405 | 88339 | 1116140 |
| Opr. surplus | 68905 | 72816 | 87173 | 93747 | 116294 | 99994 | 68903 | 26004 | 42261 | 45235 | 61492 | 64967 | 150119 |

|  | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LOAN PAYMENTS

### CNH-Farm

|  | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Capit-Farm..** | | | | | | | | | | | | | |
| Prin pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Int.pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Stear-Act ..** | | | | | | | | | | | | | |
| Prin pay | 442 | 458 | 460 | 462 | 464 | 466 | 468 | 470 | 472 | 474 | 476 | 478 | 5590 |
| Int.pay | 80 | 63 | 61 | 59 | 57 | 56 | 54 | 52 | 50 | 48 | 46 | 44 | 669 |
| Total | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 522 | 6259 |
| **AMPI-ATO** | | | | | | | | | | | | | |
| Prin pay | 270 | 307 | 309 | 310 | 311 | 312 | 313 | 315 | 316 | 317 | 318 | 320 | 3718 |
| Int.pay | 105 | 68 | 67 | 65 | 64 | 63 | 62 | 60 | 59 | 58 | 57 | 55 | 784 |
| Total | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4502 |
| **GE Cr-Bobcat** | | | | | | | | | | | | | |
| Prin pay | 495 | 245 | - | - | - | - | - | - | - | - | - | - | 740 |
| Int.pay | 5 | 1 | - | - | - | - | - | - | - | - | - | - | 6 |
| Total | 500 | 246 | - | - | - | - | - | - | - | - | - | - | 746 |
| **FSEB-FSEB..** | | | | | | | | | | | | | |
| Prin pay | 3679 | 4494 | 4513 | 4532 | 4551 | 4570 | 4589 | 4608 | 4627 | 4646 | 4666 | 4685 | 54158 |
| Int.pay | 2321 | 1506 | 1487 | 1468 | 1449 | 1430 | 1411 | 1392 | 1373 | 1354 | 1334 | 1315 | 17842 |
| Total | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 6000 | 72000 |
| **AMPI-Gener..** | | | | | | | | | | | | | |
| Prin pay | 417 | 424 | 426 | 428 | 429 | 431 | 60 | - | - | - | - | - | 2616 |
| Int.pay | 16 | 9 | 7 | 6 | 4 | 2 | 0 | - | - | - | - | - | 45 |
| Total | 433 | 433 | 433 | 433 | 433 | 433 | 61 | - | - | - | - | - | 2661 |
| **Luana-Trac..** | | | | | | | | | | | | | |
| Prin pay | 448 | 455 | 456 | 458 | 459 | 461 | 462 | 464 | 465 | 467 | 468 | 470 | 5534 |
| Int.pay | 86 | 80 | 78 | 77 | 75 | 74 | 72 | 71 | 69 | 68 | 67 | 65 | 882 |
| Total | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 535 | 6416 |
| Tot loan pay | 8365 | 8111 | 7865 | 7865 | 7865 | 7865 | 7492 | 7431 | 7431 | 7431 | 7431 | 7431 | 92583 |
| **Surp. or def** | **60540** | **64706** | **79309** | **85883** | **108429** | **92129** | **61411** | **18573** | **34829** | **37804** | **54061** | **57535** | **57535** |

## ANNUAL OPERATING LOAN TRANSACTIONS & BALANCES

|  | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beg AO bal | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO borrowing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO int. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| AO prin. pay | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **End AO bal.** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Accrued int. | - | - | - | - | - | - | - | - | - | - | - | - | - |
| End cash bal | 61040 | 65206 | 79809 | 86383 | 108929 | 92629 | 61911 | 19073 | 35329 | 38304 | 54561 | 58035 | 58035 |

## CROP & LIVESTOCK PRODUCTION

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Dairy | 228.2 Cow | 28000.0 lb. | | 6388667 lb. |
| Total crops | 0 Acres | | | |

## CROP & LIVESTOCK SUMMARY

| | | Beg | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hay equivalents** | | | | | | | | | | | | | | | |
| Purchased | ton | | | | | | | | | | | | | | 847 |
| Hay | ton | | - | - | - | - | - | 42 | 96 | 96 | 96 | 96 | 96 | 96 | 617 |
| Price | $/ton | | - | - | - | - | - | 83.03 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 109.26 |
| Hay | ton | | - | 46 | 58 | 46 | 46 | 34 | - | - | - | - | - | - | 230 |
| Price | $/ton | | - | 125.00 | 125.00 | 125.00 | 125.00 | 125.00 | - | - | - | - | - | - | 125.00 |
| Fed | ton | | 90 | 92 | 94 | 95 | 97 | 97 | 96 | 96 | 96 | 96 | 96 | 96 | 1140 |
| Inventory | ton | 293 | 203 | 157 | 120 | 72 | 21 | - | - | - | - | - | - | - | |
| **Silage equivalents** | | | | | | | | | | | | | | | |
| Purchased | ton | | | | | | | | | | | | | | 2720 |
| Corn | ton | | - | - | - | - | - | 840 | 1880 | - | - | - | - | - | 2720 |
| Price | $/ton | | - | - | - | - | - | 25.00 | 25.00 | - | - | - | - | - | 25.00 |
| Fed | ton | | 217 | 222 | 226 | 227 | 232 | 234 | 230 | 230 | 230 | 230 | 230 | 230 | 2737 |
| Inventory | ton | 2432 | 2215 | 1993 | 1767 | 1540 | 1308 | 1914 | 3564 | 3334 | 3104 | 2874 | 2645 | 2415 | 2415 |
| **Milk** | | | | | | | | | | | | | | | |
| No. Cows | | | 217 | 222 | 226 | 227 | 232 | 234 | 230 | 230 | 230 | 230 | 230 | 230 | |
| Produced | | | 486949 | 494557 | 499630 | 524992 | 547817 | 547817 | 547817 | 547817 | 547817 | 547817 | 547817 | 547817 | 6388667 |
| Price | $/cwt. | | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | 17.50 | |

## PROJECTED INVENTORY CHANGE

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Hay equivalents | 293 | 136.88 | 40168 | 0 | 0.00 | 0 | -40168 |
| Silage equivalents | 2432 | 36.38 | 88460 | 2415 | 35.00 | 84511 | -3949 |
| Accounts receivable | | | 32726 | | | 33000 | 274 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 3375 | | | 0 | -3375 |
| Total income items | | | 164728 | | | 117511 | -47217 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 306800 | 306800 |
| Accrued interest | | (End) | 0 | | (Beg) | 864 | 864 |
| Total expense items | | | 0 | | | 307664 | 307664 |
| | | | | | | | |
| Total inventories | | | 164728 | | | 425175 | 260447 |

## TOTAL PLANNED INPUT QUANTITIES

| Description | Unit | 2015/16 |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Schriever Farms, LLC, a Minnesota Limited Liability Com

<u>**SIGNATURE DECLARATION**</u>

Debtor(s).

Case No. _14 - 34614_

___  PETITION, SCHEDULES & STATEMENTS
___  CHAPTER 13 PLAN
___  SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
___  AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
✓    MODIFIED CHAPTER 13 PLAN
___  OTHER (Please describe:_____)

    I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _4-8-15_

X /s/ Schriever Farms, LLC
   Signature of Debtor or Authorized Representative

   Schriever Farms, LLC
   Printed Name of Debtor or Authorized Representative

X _____
   Signature of Joint Debtor

_____
   Printed Name of Joint Debtor

Form BRS 1 (Rev. 10/03)